*General Fahy, Assistant Attorney General Littell,* and *Mr. Vernon L. Wilkinson* for the United States.

No. 274. MARSHALL ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. October 12, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Thomas C. Lavery* for petitioners. *Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. Sewall Key* and *Joseph M. Jones* for respondent.

No. 276. GONZALES ET AL. *v.* CALIFORNIA. October 12, 1942. Petition for writ of certiorari to the Supreme Court of California denied. *Mr. Leo R. Friedman* for petitioners. *Mr. Earl Warren,* Attorney General of California, for respondent.

No. 277. PETRELLI *v.* UNITED STATES. October 12, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Bryan Purteet* for petitioner. *Solicitor General Fahy, Assistant Attorney General Berge,* and *Mr. Oscar A. Provost* for the United States.

No. 279. DUBUQUE FIRE & MARINE INSURANCE Co. *v.* REYNOLDS Co., INC. ET AL. October 12, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Hugh Q. Buck* for petitioner.

No. 282. MASON ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE. October 12, 1942. Petition for writ of cer-